**CALLAHAN & BLAINE, PC**
Michael J. Sachs (SBN 134468)
MJS@callahan-law.com
Jason Casero (SBN 263933)
jcasero@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff EVOX PRODUCTIONS LLC

CALLAHAN & BLAINE
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>WILLIAM MARSH RICE UNIVERSITY,<br><br>UNIVERSITY OF MICHIGAN,<br><br>BAYLOR COLLEGE OF MEDICINE; and<br><br>DOES 1-10,<br><br>Defendants. | CASE NO. 24-cv-09521-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNIVERSITY OF MICHIGAN** |

CALLAHAN & BLAINE
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Plaintiff **EVOX PRODUCTIONS LLC** ("Plaintiff" or "EVOX"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses **Defendant UNIVERSITY OF MICHIGAN** ("Michigan") from this action. This dismissal is **without prejudice,** with each party to bear its own costs and attorneys' fees.

For the avoidance of doubt, EVOX maintains its claims against the remaining defendants.

DATE: February 14, 2025

**CALLAHAN & BLAINE, PC**

By*: /s/ Jason Casero*
Michael Sachs
Jason Casero
Attorneys for Plaintiff EVOX PRODUCTIONS LLC