**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, UNIVERSITY OF MICHIGAN, BAYLOR COLLEGE OF MEDICINE, and DOES 1–10,<br><br>*Defendants*. | Case No. 3:24-cv-09521-NW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS** |

For good cause shown and in light of the parties' arguments during the hearing on April __, 2025, the Court **GRANTS** Defendant The Board of Trustees of the Leland Stanford Junior University's ("Stanford") Motion to Dismiss. The claims as to Stanford are **DISMISSED WITH PREJUDICE**.

DATED: , 2025

HON. NOËL WISE
United States District Judge