**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (SBN 304597)
*jpetersen@ktslaw.com*
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone: (650) 614-6427

Kollin J. Zimmermann (SBN 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830

Sara K. Stadler (admitted *pro hac vice*)
*sstadler@ktslaw.com*
Briggs M. Wright (admitted *pro hac vice*)
*briggs.wright@ktslaw.com*
3 Times Square
New York, New York 10036
Telephone: (212) 775-8700

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, UNIVERSITY OF MICHIGAN, BAYLOR COLLEGE OF MEDICINE, and DOES 1–10,<br><br>*Defendants*. | Case No. 3:24-cv-09521-NW<br><br>**DEFENDANT THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY'S AMENDED NOTICE OF MOTION TO DISMISS**<br><br>Judge: Hon. Noël Wise<br>Hearing Date: June 25, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 3 |

PLEASE TAKE NOTICE that Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University ("Stanford"), by and through undersigned counsel, will move this Court on June 25, 2025 at 9:00 a.m. before the Honorable Noël Wise at the Robert F. Peckham Federal Building, Courtroom 3, 280 South 1st Street, San Jose, California 95113.

Stanford seeks an Order dismissing the Complaint (Dkt. 1) in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). First, Stanford will show that this Court lacks subject matter jurisdiction over Plaintiff EVOX Productions LLC's ("Plaintiff") copyright infringement claim arising from Defendants' alleged creation and use of a dataset to train a computer model in furtherance of academic research, as Plaintiff cannot establish "injury in fact." Stanford then will show that Plaintiff cannot state plausible claims for either direct or contributory infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

Stanford's motion is based on this Amended Notice of Motion and its supporting Memorandum of Points and Authorities (Dkt. 28), the pleadings and papers on file in this action, the arguments of counsel, and all other materials which may properly come before the Court at or before this motion is heard or taken under submission by the Court.

DATED: March 21, 2025

Respectfully submitted,

KILPATRICK TOWNSEND &
STOCKTON LLP

By: */s/ Joseph Petersen*
Joseph Petersen

Counsel for Defendant
The Board of Trustees of the Leland
Stanford Junior University, sued as The
Leland Stanford Junior University