Cliff Kuehn (Bar No. 273148)
Email: ckuehn@pirkeybarber.com
PIRKEY BARBER PLLC
3145 Geary Street, #753
San Francisco, CA 94118
Telephone: 512.322.5200
Facsimile: 512.322.5201

Christopher M. Weimer (Appearance *Pro Hac Vice*)
(TX Bar No. 24061894)
Email: cweimer@pirkeybarber.com
Taylor Luke (Appearance *Pro Hac Vice*)
(TX Bar No. 24136989)
Email: tluke@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: 512.322.5200
Facsimile: 512.322.5201

Attorneys for Defendants
William Marsh Rice University
and Baylor College of Medicine

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, WILLIAM MARSH RICE UNIVERSITY, BAYLOR COLLEGE OF MEDICINE, and DOES 1-10,<br><br>Defendants. | Case No. 5:24-cv-09521-NW<br><br>***AMENDED* NOTICE OF MOTION ON DEFENDANTS WILLIAM MARSH RICE UNIVERSITY AND BAYLOR COLLEGE OF MEDICINE'S JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8(a), 12(b)(1), 12(b)(2), AND 12(b)(6)**<br><br>Date: June 25, 2025<br>Time: 9:00 AM<br>Ctrm: 3 (5th Floor)<br><br>Judge: Hon. Noël Wise |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the March 13, 2025 Order vacating the prior hearing date (ECF No. 34), and having consulted the Court's weekly calendar and conferred among counsel and with Judge Wise's Courtroom Deputy regarding available hearing dates, the parties hereby give notice that Defendants William Marsh Rice University and Baylor College of Medicine's ("Defendants") Joint Motion to Dismiss (ECF No. 29), together with Plaintiff's Opposition (ECF No. 41), and Defendants' Reply (ECF No. 47) are set for a hearing on June 25, 2025, at 9:00 am in Courtroom 3 (5th Floor), at the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California, 95113 before the Honorable Noël Wise, United States District Judge.

Defendants' Joint Motion is made pursuant to Fed. R. Civ. P. 8(a), 12(b)(1), 12(b)(2), and 12(b)(6); it is based on this Amended Notice of Motion, Defendants' Notice of Motion and Motion, Memorandum of Points and Authorities, supporting declarations of Drs. Carolyn Smith and Amy Dittmar, and Defendants' Reply, the complete files and records of this action, and such other matters and arguments as may come before the Court at or before any hearing on this Motion. Rice and Baylor seek an Order dismissing the Complaint in its entirety with prejudice.

**STATEMENT OF RELIEF REQUESTED**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Rice and Baylor seek dismissal for a lack of standing based upon Plaintiff's failure to articulate a cognizable injury. Rice and Baylor incorporate by reference the arguments advanced by Defendant Stanford University on this ground for dismissal. In addition and in the alternative, Rice and Baylor move the Court for an Order dismissing the above-entitled action for lack of personal jurisdiction under 12(b)(2), and further seek dismissal under Rule 12(b)(6) for Plaintiff's failure to state a claim for relief for either direct or contributory copyright infringement against Rice and Baylor.

DATED: March 21, 2025

PIRKEY BARBER PLLC

By: <u>*/s/Christopher M. Weimer*</u>
Christopher M. Weimer
(Appearance *Pro Hac Vice*)
(TX Bar No. 24061894)
Taylor Luke
(Appearance *Pro Hac Vice*)
(TX Bar No. 24136989)

and

Cliff Kuehn (Bar No. 273148)

Attorneys for Defendants
WILLIAM MARSH RICE UNIVERSITY and BAYLOR COLLEGE OF MEDICINE

**PROOF OF SERVICE**

I hereby certify that on March 21, 2025, I electronically filed the foregoing ***AMENDED*** **NOTICE OF MOTION ON DEFENDANTS WILLIAM MARSH RICE UNIVERSITY AND BAYLOR COLLEGE OF MEDICINE'S JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8(a), 12(b)(1), 12(b)(2), AND 12(b)(6)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**:
Michael J. Sachs
Jason P. Casero
CALLAHAN & BLAINE
3 Hutton Centre Drive
Ste. Ninth Floor
Santa Ana, CA 92707
mjs@callahan-law.com
jcasero@callahan-law.com

**Attorney for Defendant**
**The Leland Stanford Junior University**
Joseph Edward Petersen
KILPATRICK TOWNSEND & STOCKTON LLP
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
jpetersen@ktslaw.com

*/s/Christopher M. Weimer*
Christopher M. Weimer