# EXHIBIT B

| Evox Filename | Image URL | Copyright Certificate Number |
|---|---|---|
| 2910_st0640_037.jpg | cars_test\cars_test\07317.jpg | VA 1-330-697 |
| 3002_st0640_116.jpg | cars_test\cars_test\07324.jpg | VA 1-331-088 |
| 2868_st0640_037.jpg | cars_test\cars_test\05164.jpg | VA 1-331-124 |
| 2868_st0640_114.jpg | cars_test\cars_test\02353.jpg | VA 1-331-124 |
| 2859_cc0640_001_50U.jpg | cars_test\cars_test\01190.jpg | VA 1-331-147 |
| 3666_st0640_047.jpg | cars_train\cars_train\05108.jpg | VA 1-428-722 |
| 3666_st0640_090.jpg | cars_test\cars_test\00129.jpg | VA 1-428-722 |
| 4151_st0640_089.jpg | cars_test\cars_test\05478.jpg | VA 1-429-034 |
| 4843_st0640_118.jpg | cars_test\cars_test\01867.jpg | VA 1-634-862 |
| 4843_st0640_121.jpg | cars_train\cars_train\07286.jpg | VA 1-634-862 |
| 5555_st0640_048.jpg | cars_train\cars_train\00225.jpg | VA 1-648-317 |
| 5567_st0640_044.jpg | cars_train\cars_train\03161.jpg | VA 1-649-125 |
| 5612_st0640_119.jpg | cars_test\cars_test\03134.jpg | VA 1-650-639 |
| 5720_sp0640_014.jpg | cars_train\cars_train\03948.jpg | VA 1-654-461 |
| 5720_st0640_047.jpg | cars_test\cars_test\03910.jpg | VA 1-654-461 |
| 5720_st0640_119.jpg | cars_train\cars_train\02031.jpg | VA 1-654-461 |
| 5718_st0640_047.jpg | cars_train\cars_train\06875.jpg | VA 1-654-466 |
| 5753_cc0640_001_PB7.jpg | cars_test\cars_test\06178.jpg | VA 1-657-833 |
| 5784_st0640_046.jpg | cars_train\cars_train\01198.jpg | VA 1-658-151 |
| 5861_st0640_121.jpg | cars_test\cars_test\03860.jpg | VA 1-658-628 |
| 5862_cc0640_001_50U.jpg | cars_train\cars_train\00645.jpg | VA 1-661-430 |
| 5862_st0640_089.jpg | cars_test\cars_test\00812.jpg | VA 1-661-430 |
| 5909_cc0640_032_JA.jpg | cars_train\cars_train\04937.jpg | VA 1-662-221 |
| 5654_st0640_046.jpg | cars_train\cars_train\02205.jpg | VA 1-666-448 |
| 6182_st0640_089.jpg | cars_train\cars_train\03552.jpg | VA 1-680-775 |
| 6179_st0640_046.jpg | cars_train\cars_train\01376.jpg | VA 1-680-784 |
| 6166_st0640_119.jpg | cars_test\cars_test\03085.jpg | VA 1-680-823 |
| 6163_st0640_121.jpg | cars_train\cars_train\00785.jpg | VA 1-680-825 |
| 6167_sp0640_006.jpg | cars_train\cars_train\03085.jpg | VA 1-680-833 |
| 6165_st0640_037.jpg | cars_train\cars_train\06917.jpg | VA 1-680-864 |
| 6165_st0640_046.jpg | cars_test\cars_test\00893.jpg | VA 1-680-864 |
| 6296_sp0640_014.jpg | cars_train\cars_train\07927.jpg | VA 1-685-711 |
| 6437_cc0640_032_PA4.jpg | cars_train\cars_train\01241.jpg | VA 1-694-018 |
| 6452_st0640_047.jpg | cars_test\cars_test\05620.jpg | VA 1-695-437 |
| 6520_st0640_037.jpg | cars_test\cars_test\01054.jpg | VA 1-697-493 |
| 6530_st0640_047.jpg | cars_test\cars_test\00356.jpg | VA 1-698-730 |
| 5740_st0640_047.jpg | cars_train\cars_train\08108.jpg | VA 1-699-145 |
| 5109_st0640_046.jpg | cars_test\cars_test\02647.jpg | VA 1-702-016 |
| 6683_sp0640_036.jpg | cars_test\cars_test\01695.jpg | VA 1-704-348 |
| 6707_cc0640_032_EVOX04.jpg | cars_train\cars_train\04989.jpg | VA 1-705-996 |
| 6826_st0640_120.jpg | cars_train\cars_train\05362.jpg | VA 1-731-251 |
| 6813_st0640_048.jpg | cars_test\cars_test\03198.jpg | VA 1-731-307 |
| 6840_cc0640_001_K23.jpg | cars_train\cars_train\01200.jpg | VA 1-732-764 |
| 6840_sp0640_036.jpg | cars_train\cars_train\00652.jpg | VA 1-732-764 |
| 6840_st0640_048.jpg | cars_test\cars_test\03787.jpg | VA 1-732-764 |
| 6837_st0640_159.jpg | cars_train\cars_train\01048.jpg | VA 1-733-304 |
| 6887_st0640_090.jpg | cars_test\cars_test\05521.jpg | VA 1-735-828 |
| 6883_st0640_159.jpg | cars_train\cars_train\01905.jpg | VA 1-735-844 |
| 6900_st0640_089.jpg | cars_train\cars_train\00956.jpg | VA 1-736-607 |
| 6900_st0640_118.jpg | cars_train\cars_train\00772.jpg | VA 1-736-607 |
| 6894_st0640_116.jpg | cars_train\cars_train\07422.jpg | VA 1-736-674 |
| 6905_st0640_159.jpg | cars_test\cars_test\07641.jpg | VA 1-736-895 |

| | | |
|---|---|---|
| 6929_st0640_121.jpg | cars_train\cars_train\04713.jpg | VA 1-737-793 |
| 6940_st0640_090.jpg | cars_test\cars_test\01668.jpg | VA 1-737-811 |
| 6970_st0640_089.jpg | cars_test\cars_test\05661.jpg | VA 1-739-562 |
| 6977_st0640_116.jpg | cars_test\cars_test\07013.jpg | VA 1-739-673 |
| 7003_st0640_090.jpg | cars_test\cars_test\04352.jpg | VA 1-740-872 |
| 7003_st0640_118.jpg | cars_train\cars_train\00847.jpg | VA 1-740-872 |
| 7006_sp0640_021.jpg | cars_test\cars_test\01749.jpg | VA 1-740-957 |
| 7006_st0640_173.jpg | cars_test\cars_test\04759.jpg | VA 1-740-957 |
| 7028_st0640_090.jpg | cars_train\cars_train\03802.jpg | VA 1-742-273 |
| 7089_st0640_037.jpg | cars_test\cars_test\00762.jpg | VA 1-745-071 |
| 7120_st0640_121.jpg | cars_test\cars_test\01754.jpg | VA 1-745-414 |
| 7045_sp0640_036.jpg | cars_test\cars_test\06705.jpg | VA 1-746-229 |
| 7148_st0640_173.jpg | cars_train\cars_train\05905.jpg | VA 1-746-946 |
| 7196_sp0640_036.jpg | cars_train\cars_train\03223.jpg | VA 1-747-119 |
| 7192_st0640_173.jpg | cars_test\cars_test\01933.jpg | VA 1-747-145 |
| 7214_cc0640_014_SWP.jpg | cars_test\cars_test\07659.jpg | VA 1-747-627 |
| 7217_sp0640_036.jpg | cars_test\cars_test\03633.jpg | VA 1-747-647 |
| 7229_st0640_121.jpg | cars_train\cars_train\07478.jpg | VA 1-750-402 |
| 7229_st0640_173.jpg | cars_test\cars_test\03624.jpg | VA 1-750-402 |
| 7271_st0640_037.jpg | cars_train\cars_train\06935.jpg | VA 1-753-652 |
| 7331_st0640_120.jpg | cars_train\cars_train\06315.jpg | VA 1-756-790 |
| 7312_st0640_046.jpg | cars_test\cars_test\00183.jpg | VA 1-757-163 |
| 7406_st0640_159.jpg | cars_train\cars_train\02663.jpg | VA 1-767-900 |
| 7452_st0640_046.jpg | cars_test\cars_test\03218.jpg | VA 1-776-006 |
| 7430_sp0640_023.jpg | cars_train\cars_train\04434.jpg | VA 1-776-979 |
| 7430_st0640_116.jpg | cars_train\cars_train\04149.jpg | VA 1-776-979 |
| 7430_st0640_119.jpg | cars_train\cars_train\03237.jpg | VA 1-776-979 |
| 7430_st0640_173.jpg | cars_train\cars_train\01473.jpg | VA 1-776-979 |
| 7518_st0640_119.jpg | cars_train\cars_train\07786.jpg | VA 1-780-879 |
| 7518_st0640_159.jpg | cars_train\cars_train\07738.jpg | VA 1-780-879 |
| 7469_cc0640_032_300.jpg | cars_train\cars_train\06089.jpg | VA 1-781-370 |
| 7469_st0640_090.jpg | cars_test\cars_test\07398.jpg | VA 1-781-370 |
| 7520_st0640_090.jpg | cars_test\cars_test\05213.jpg | VA 1-786-625 |
| 7520_st0640_118.jpg | cars_train\cars_train\05063.jpg | VA 1-786-625 |
| 7520_st0640_159.jpg | cars_test\cars_test\05836.jpg | VA 1-786-625 |
| 7525_st0640_117.jpg | cars_train\cars_train\01833.jpg | VA 1-786-628 |
| 7532_st0640_121.jpg | cars_test\cars_test\01699.jpg | VA 1-786-631 |
| 7535_st0640_046.jpg | cars_test\cars_test\04834.jpg | VA 1-786-643 |
| 7535_cc0640_014_51U.jpg | cars_train\cars_train\05840.jpg | VA 1-786-643 |
| 7537_cc0640_032_WX.jpg | cars_test\cars_test\06057.jpg | VA 1-786-741 |
| 7586_cc0640_014_A1A1.jpg | cars_test\cars_test\00766.jpg | VA 1-786-785 |
| 7586_st0640_090.jpg | cars_train\cars_train\05519.jpg | VA 1-786-785 |
| 7586_st0640_116.jpg | cars_train\cars_train\07345.jpg | VA 1-786-785 |
| 7586_st0640_118.jpg | cars_train\cars_train\05519.jpg | VA 1-786-785 |
| 7586_st0640_119.jpg | cars_train\cars_train\05519.jpg | VA 1-786-785 |
| 7586_st0640_121.jpg | cars_train\cars_train\05519.jpg | VA 1-786-785 |
| 7589_sp0640_026.jpg | cars_train\cars_train\02531.jpg | VA 1-786-786 |
| 7558_st0640_120.jpg | cars_train\cars_train\00010.jpg | VA 1-786-802 |
| 7607_sp0640_032.jpg | cars_train\cars_train\02558.jpg | VA 1-786-822 |
| 7687_st0640_046.jpg | cars_train\cars_train\05153.jpg | VA 1-788-644 |
| 7687_st0640_121.jpg | cars_test\cars_test\03010.jpg | VA 1-788-644 |
| 7656_st0640_159.jpg | cars_test\cars_test\04151.jpg | VA 1-790-412 |
| 7657_st0640_090.jpg | cars_train\cars_train\04068.jpg | VA 1-790-413 |

| | | |
|---|---|---|
| 7668_st0640_159.jpg | cars_train\cars_train\03661.jpg | VA 1-790-457 |
| 7671_st0640_118.jpg | cars_train\cars_train\07839.jpg | VA 1-790-459 |
| 7867_st0640_089.jpg | cars_train\cars_train\05751.jpg | VA 1-792-563 |
| 7845_st0640_037.jpg | cars_train\cars_train\03619.jpg | VA 1-792-576 |
| 7851_st0640_120.jpg | cars_train\cars_train\00834.jpg | VA 1-792-581 |
| 7850_cc0640_014_QAA.jpg | cars_train\cars_train\00937.jpg | VA 1-792-583 |
| 7850_st0640_116.jpg | cars_test\cars_test\04277.jpg | VA 1-792-583 |
| 7696_st0640_090.jpg | cars_test\cars_test\00610.jpg | VA 1-792-592 |
| 7676_st0640_090.jpg | cars_train\cars_train\01387.jpg | VA 1-792-601 |
| 7676_st0640_119.jpg | cars_test\cars_test\01217.jpg | VA 1-792-601 |
| 7676_st0640_159.jpg | cars_test\cars_test\03512.jpg | VA 1-792-601 |
| 7744_st0640_090.jpg | cars_test\cars_test\03426.jpg | VA 1-792-602 |
| 7744_sp0640_032.jpg | cars_test\cars_test\01134.jpg | VA 1-792-602 |
| 7755_cc0640_032_799.jpg | cars_test\cars_test\04493.jpg | VA 1-792-605 |
| 7751_cc0640_014_98U.jpg | cars_train\cars_train\00694.jpg | VA 1-792-607 |
| 7774_st0640_037.jpg | cars_test\cars_test\00824.jpg | VA 1-792-673 |
| 7783_sp0640_029.jpg | cars_train\cars_train\04290.jpg | VA 1-792-676 |
| 7783_st0640_121.jpg | cars_train\cars_train\02166.jpg | VA 1-792-676 |
| 7861_cc0640_014_58U.jpg | cars_test\cars_test\07992.jpg | VA 1-792-685 |
| 7861_st0640_037.jpg | cars_test\cars_test\07545.jpg | VA 1-792-685 |
| 7861_st0640_121.jpg | cars_test\cars_test\02687.jpg | VA 1-792-685 |
| 7791_st0640_118.jpg | cars_test\cars_test\02675.jpg | VA 1-792-688 |
| 7795_st0640_121.jpg | cars_test\cars_test\00741.jpg | VA 1-792-690 |
| 7619_st0640_046.jpg | cars_train\cars_train\02456.jpg | VA 1-792-721 |
| 7743_st0640_119.jpg | cars_test\cars_test\03923.jpg | VA 1-792-722 |
| 7620_cc0640_032_B4B4.jpg | cars_train\cars_train\06285.jpg | VA 1-792-725 |
| 7682_st0640_046.jpg | cars_test\cars_test\02526.jpg | VA 1-792-761 |
| 7830_st0640_118.jpg | cars_test\cars_test\06266.jpg | VA 1-793-888 |
| 7794_sp0640_024.jpg | cars_train\cars_train\00504.jpg | VA 1-793-889 |
| 7779_st0640_173.jpg | cars_train\cars_train\02818.jpg | VA 1-793-906 |
| 7602_st0640_118.jpg | cars_test\cars_test\07562.jpg | VA 1-793-937 |
| 7568_sp0640_015.jpg | cars_train\cars_train\01883.jpg | VA 1-794-052 |
| 7568_st0640_118.jpg | cars_train\cars_train\03653.jpg | VA 1-794-052 |
| 7721_st0640_116.jpg | cars_test\cars_test\03994.jpg | VA 1-794-234 |
| 7725_st0640_090.jpg | cars_train\cars_train\05611.jpg | VA 1-794-277 |
| 7627_st0640_116.jpg | cars_train\cars_train\05799.jpg | VA 1-794-327 |
| 7630_st0640_116.jpg | cars_test\cars_test\05381.jpg | VA 1-794-339 |
| 7630_st0640_118.jpg | cars_test\cars_test\05348.jpg | VA 1-794-339 |
| 7630_st0640_159.jpg | cars_test\cars_test\02381.jpg | VA 1-794-339 |
| 7742_cc0640_032_BK.jpg | cars_train\cars_train\03915.jpg | VA 1-794-519 |
| 7587_st0640_118.jpg | cars_train\cars_train\05766.jpg | VA 1-794-722 |
| 7519_sp0640_005.jpg | cars_train\cars_train\03824.jpg | VA 1-794-726 |
| 7519_st0640_116.jpg | cars_test\cars_test\06864.jpg | VA 1-794-726 |
| 7592_st0640_046.jpg | cars_test\cars_test\07597.jpg | VA 1-797-080 |
| 7592_st0640_116.jpg | cars_train\cars_train\00050.jpg | VA 1-797-080 |
| 7582_st0640_046.jpg | cars_test\cars_test\04901.jpg | VA 1-797-086 |
| 7588_st0640_090.jpg | cars_train\cars_train\02886.jpg | VA 1-797-711 |
| 8111_st0640_173.jpg | cars_train\cars_train\02677.jpg | VA 1-811-758 |
| 7897_sp0640_009.jpg | cars_train\cars_train\06951.jpg | VA 1-811-781 |
| 7897_sp0640_012.jpg | cars_train\cars_train\07201.jpg | VA 1-811-781 |
| 8072_st0640_037.jpg | cars_train\cars_train\05917.jpg | VA 1-811-792 |
| 8167_st0640_037.jpg | cars_train\cars_train\04650.jpg | VA 1-822-760 |
| 8166_st0640_173.jpg | cars_test\cars_test\00302.jpg | VA 1-822-763 |

| | | |
|---|---|---|
| 8145_sp0640_028.jpg | cars_test\cars_test\07126.jpg | VA 1-822-883 |
| 8145_st0640_120.jpg | cars_train\cars_train\06624.jpg | VA 1-822-883 |
| 7906_st0640_037.jpg | cars_test\cars_test\04357.jpg | VA 1-822-999 |
| 7906_st0640_046.jpg | cars_train\cars_train\05616.jpg | VA 1-822-999 |
| 7906_st0640_121.jpg | cars_test\cars_test\00344.jpg | VA 1-822-999 |
| 8099_st0640_120.jpg | cars_test\cars_test\05533.jpg | VA 1-823-000 |
| 8085_st0640_090.jpg | cars_test\cars_test\05491.jpg | VA 1-823-003 |
| 8078_st0640_089.jpg | cars_test\cars_test\04968.jpg | VA 1-823-102 |
| 7894_st0640_119.jpg | cars_test\cars_test\02699.jpg | VA 1-823-985 |
| 8127_st0640_116.jpg | cars_test\cars_test\05714.jpg | VA 1-824-015 |
| 8141_st0640_089.jpg | cars_test\cars_test\01173.jpg | VA 1-824-065 |
| 7648_cc0640_032_799.jpg | cars_test\cars_test\05013.jpg | VA 1-825-207 |
| 7803_cc0640_032_50U.jpg | cars_train\cars_train\02230.jpg | VA 1-825-434 |
| 7803_st0640_159.jpg | cars_test\cars_test\03541.jpg | VA 1-825-434 |
| 7821_st0640_121.jpg | cars_train\cars_train\07358.jpg | VA 1-825-459 |
| 7812_cc0640_032_MZH.jpg | cars_train\cars_train\04131.jpg | VA 1-825-467 |
| 7710_st0640_046.jpg | cars_test\cars_test\02470.jpg | VA 1-825-492 |
| 7708_sp0640_036.jpg | cars_train\cars_train\07029.jpg | VA 1-825-499 |
| 7829_st0640_089.jpg | cars_train\cars_train\03540.jpg | VA 1-825-529 |
| 7868_st0640_046.jpg | cars_train\cars_train\02504.jpg | VA 1-826-787 |
| 7837_st0640_046.jpg | cars_test\cars_test\02085.jpg | VA 1-826-797 |
| 7837_st0640_090.jpg | cars_test\cars_test\03402.jpg | VA 1-826-797 |
| 7729_st0640_089.jpg | cars_test\cars_test\06754.jpg | VA 1-826-807 |
| 7784_st0640_121.jpg | cars_test\cars_test\01009.jpg | VA 1-827-105 |
| 7772_st0640_120.jpg | cars_train\cars_train\01181.jpg | VA 1-827-110 |
| 7772_st0640_173.jpg | cars_train\cars_train\01344.jpg | VA 1-827-110 |
| 8023_st0640_116.jpg | cars_test\cars_test\00146.jpg | VA 1-831-310 |
| 8023_st0640_173.jpg | cars_train\cars_train\05687.jpg | VA 1-831-310 |
| 8030_st0640_120.jpg | cars_test\cars_test\04905.jpg | VA 1-831-313 |
| 7925_sp0640_032.jpg | cars_train\cars_train\06936.jpg | VA 1-831-325 |
| 8047_st0640_173.jpg | cars_train\cars_train\03980.jpg | VA 1-831-441 |
| 8036_sp0640_030.jpg | cars_train\cars_train\01365.jpg | VA 1-831-454 |
| 8036_st0640_046.jpg | cars_test\cars_test\05901.jpg | VA 1-831-454 |
| 8036_st0640_116.jpg | cars_test\cars_test\06410.jpg | VA 1-831-454 |
| 8036_st0640_159.jpg | cars_test\cars_test\01693.jpg | VA 1-831-454 |
| 8060_cc0640_032_Y5.jpg | cars_train\cars_train\02351.jpg | VA 1-831-545 |
| 7982_cc0640_032_28U.jpg | cars_train\cars_train\00178.jpg | VA 1-831-574 |
| 7971_cc0640_032_PRM.jpg | cars_test\cars_test\00390.jpg | VA 1-831-628 |
| 7971_sp0640_009.jpg | cars_train\cars_train\03432.jpg | VA 1-831-628 |
| 7975_cc0640_032_300.jpg | cars_train\cars_train\05471.jpg | VA 1-831-638 |
| 7975_st0640_046.jpg | cars_train\cars_train\06080.jpg | VA 1-831-638 |
| 8033_st0640_118.jpg | cars_test\cars_test\03371.jpg | VA 1-831-656 |
| 7993_cc0640_032_070.jpg | cars_test\cars_test\06592.jpg | VA 1-831-661 |
| 7993_sp0640_031.jpg | cars_test\cars_test\00683.jpg | VA 1-831-661 |
| 8012_sp0640_025.jpg | cars_test\cars_test\06137.jpg | VA 1-831-739 |
| 8011_cc0640_001_N9N9.jpg | cars_test\cars_test\03568.jpg | VA 1-831-757 |
| 8011_st0640_121.jpg | cars_train\cars_train\04673.jpg | VA 1-831-757 |
| 8010_st0640_173.jpg | cars_train\cars_train\00855.jpg | VA 1-831-761 |
| 7908_st0640_159.jpg | cars_train\cars_train\03397.jpg | VA 1-832-103 |
| 7913_st0640_118.jpg | cars_test\cars_test\03928.jpg | VA 1-832-115 |
| 7968_st0640_046.jpg | cars_train\cars_train\04604.jpg | VA 1-832-119 |
| 7962_st0640_173.jpg | cars_test\cars_test\01198.jpg | VA 1-832-134 |
| 7936_sp0640_009.jpg | cars_train\cars_train\05414.jpg | VA 1-832-180 |

| | | |
|---|---|---|
| 7936_sp0640_011.jpg | cars_test\cars_test\07837.jpg | VA 1-832-180 |
| 8049_st0640_046.jpg | cars_test\cars_test\04046.jpg | VA 1-832-183 |
| 8049_st0640_120.jpg | cars_train\cars_train\03353.jpg | VA 1-832-183 |
| 8183_st0640_116.jpg | cars_test\cars_test\05553.jpg | VA 1-832-220 |
| 7956_cc0640_014_98U.jpg | cars_test\cars_test\00038.jpg | VA 1-832-224 |
| 8226_st0640_090.jpg | cars_test\cars_test\03439.jpg | VA 1-832-226 |
| 7958_cc0640_032_Z1.jpg | cars_test\cars_test\02211.jpg | VA 1-832-227 |
| 7958_st0640_046.jpg | cars_train\cars_train\06591.jpg | VA 1-832-227 |
| 7978_st0640_118.jpg | cars_train\cars_train\00345.jpg | VA 1-832-237 |
| 8025_st0640_046.jpg | cars_train\cars_train\03971.jpg | VA 1-832-275 |
| 8025_st0640_090.jpg | cars_train\cars_train\00173.jpg | VA 1-832-275 |
| 7556_sp0640_024.jpg | cars_test\cars_test\06681.jpg | VA 1-870-790 |
| 7556_st0640_090.jpg | cars_train\cars_train\00205.jpg | VA 1-870-790 |
| 7556_st0640_119.jpg | cars_train\cars_train\05972.jpg | VA 1-870-790 |