**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (SBN 304597)
jpetersen@ktslaw.com
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone: (650) 614-6427
Facsimile: (650) 644-0570

Kollin J. Zimmermann (SBN 273092)
kzimmermann@ktslaw.com
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Sara K. Stadler (admitted *pro hac vice*)
sstadler@ktslaw.com
Briggs M. Wright (admitted *pro hac vice*)
briggs.wright@ktslaw.com
3 Times Square
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1–10,<br><br>*Defendants*. | Case No. 3:24-cv-09521-NW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE LELAND STANFORD JUNIOR UNIVERSITY'S MOTION TO DISMISS**<br><br>Judge: Hon. Noel Wise<br>Date: October 29, 2025<br>Time: 9:00 a.m.<br>Courtroom: 8 |

1  Having considered the parties' arguments and the relevant legal authorities, and
2  for good cause shown, the Court **GRANTS** Defendant The Leland Stanford Junior
3  University's Motion to Dismiss in its entirety. Plaintiff EVOX Productions LLC's
4  claim for contributory copyright infringement is **DISMISSED WITH PREJUDICE**.

DATED: _____, 2025

_____
HON. NOËL WISE
United States District Judge