**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (SBN 304597)
*jpetersen@ktslaw.com*
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone: (650) 614-6427
Facsimile: (650) 644-0570

Kollin J. Zimmermann (SBN 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Sara K. Stadler (admitted *pro hac vice*)
*sstadler@ktslaw.com*
Briggs M. Wright (admitted *pro hac vice*)
*briggs.wright@ktslaw.com*
3 Times Square
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1–10,<br><br>*Defendants*. | Case No. 3:24-cv-09521-NW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT THE LELAND STANFORD JUNIOR UNIVERSITY TO ANSWER THE SECOND AMENDED COMPLAINT** |

Pursuant to N.D. Cal. Civil L. R. 6-1(b) and 6-2, Plaintiff EVOX Productions LLC ("Plaintiff") and Defendant The Leland Stanford Junior University ("Stanford"), hereby stipulate to request an order extending the March 17, 2026, deadline for Stanford to answer Plaintiff's Second Amended Complaint ("SAC") until March 31, 2026.

For the reasons set forth in the accompanying declaration of Briggs M. Wright, this request is made to provide Stanford additional time in which to answer the SAC. No other time modifications requested by the Parties have been made in the case. The present stipulated request to extend Stanford's deadline to answer the SAC will have no effect on the schedule for this case.

Accordingly, the Parties have stipulated and respectfully request an extension of Stanford's deadline to answer the SAC until March 31, 2026.

SO STIPULATED.

DATED: March 27, 2026

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Joseph Petersen*
Joseph Petersen

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

DATED: March 27, 2026

Respectfully submitted,

CALLAHAN & BLAINE, APLC

By: */s/ Jason Casero*
Jason Casero

Counsel for Plaintiff EVOX Productions LLC

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3) regarding signatures, I, Joseph Petersen, attest that concurrence in the filing of this document has been obtained from the other signatories, as indicated by a “confirmed” signature (/s/) within the e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2026.

By: */s/ Joseph Petersen*
Joseph Petersen