**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1–10,<br><br>*Defendants*. | Case No. 3:24-cv-09521-NW<br><br>**DECLARATION OF BRIGGS M. WRIGHT IN SUPPORT OF STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT THE LELAND STANFORD JUNIOR UNIVERSITY TO ANSWER THE SECOND AMENDED COMPLAINT** |

I, Briggs M. Wright, declare that:

1. I am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP, am admitted *pro hac vice* in this matter, and am counsel of record for Defendant The Leland Stanford Junior University ("Stanford") in this action. I submit this declaration based upon my own personal knowledge in support of the Parties' Stipulated Request for Order Extending Time for Defendant The Leland Stanford Junior University to Answer the Second Amended Complaint.

2. Counsel for Stanford has required and continues to require additional time to finalize and file an answer to the Second Amended Complaint ("SAC"). Due to an administrative oversight, the March 17, 2026, deadline for Stanford's answer to the SAC was not entered in counsel for Stanford's docketing system.

3. Counsel for Stanford has conferred with counsel for Plaintiff EVOX Productions LLC and the Parties have agreed to a stipulated request for an order allowing Stanford until March 31, 2026, to answer the SAC.

4. There have been no previous time modifications requested by the Parties made in this case.

5. The present stipulated request to extend Stanford's deadline to answer the SAC will have no effect on the schedule for this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2026 in New York, New York.

By: */s/ Briggs M. Wright*
Briggs M. Wright