**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (SBN 304597)
*jpetersen@ktslaw.com*
1302 El Camino Real, Suite 175
Menlo Park, California  94025
Telephone: (650) 614-6427
Facsimile: (650) 644-0570

Kollin J. Zimmermann (SBN 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East, Suite 2300
Los Angeles, California  90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Sara K. Stadler (admitted *pro hac vice*)
*sstadler@ktslaw.com*
Briggs M. Wright (admitted *pro hac vice*)
*briggs.wright@ktslaw.com*
3 Times Square
New York, New York  10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Counsel for Defendant The Board of Trustees of the Leland Stanford
Junior University, sued as The Leland Stanford Junior University

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1–10, <br><br> *Defendants*. | Case No. 3:24-cv-09521-NW <br><br> [~~PROPOSED~~] **ORDER EXTENDING DEADLINE TO ANSWER SECOND AMENDED COMPLAINT** |

Having considered the Parties' stipulation, the Court **ORDERS** that Defendant The Leland Stanford Junior University's deadline to answer the Second Amended Complaint is extended until March 31, 2026.

DATED: ___March 30___, 2026

_____
HON. NOËL WISE
United States District Judge