United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

EVOX PRODUCTIONS, LLC,

Plaintiffs,

v.

THE LELAND STANFORD JUNIOR
UNIVERSITY,

Defendants.

Case No. 24-cv-09521-NW

**CASE MANAGEMENT AND
TRIAL-SETTING ORDER (JURY)**

The court reviewed the parties' joint case management conference statement (ECF 61) and issues this case management and trial-setting order. The April 28, 2026 Further Case Management Conference is vacated.

The parties have not yet reached an agreement regarding an ADR process.  The parties are ordered to meet and confer within 14 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than October 30, 2026.  Within 14 days of the date of this Order, the parties shall file an agreement indicating which ADR process they selected.  No later than 14 days following the completion of mediation, the parties shall file a joint update certifying they completed mediation, the date the mediation occurred, and, if the matter has not settled, whether the parties believe that further settlement discussions would be useful.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
| --- | --- |
| Deadline to Complete ADR | October 30, 2026 |
| Close of Fact Discovery | September 18, 2026 |
| Opening Expert Reports | October 16, 2026 |
| Rebuttal Expert Reports | November 13, 2026 |
| Close of Expert Discovery | December 4, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: December 18, 2026<br>**Responses**: January 08, 2027<br>**Replies**: January 15, 2027 |
| Hearing on Dispositive and *Daubert* Motions | February 17, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | March 31, 2027 |
| Final Pretrial Conference | April 14, 2027 at 2:00 p.m. |
| Trial | May 3, 2027 at 9:00 a.m. |
| Length of trial | 4 days |

**IT IS SO ORDERED.**

Dated: April 9, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California