**CALLAHAN & BLAINE, PC**
Michael J. Sachs (SBN 134468)
MJS@callahan-law.com
Jason Casero (SBN 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, CA 92612
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff EVOX PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1-10,<br><br>Defendants. | CASE NO. 5:24-CV-09521-NW<br><br>*Assigned to Hon. Noël Wise Courtroom 3*<br><br>**JOINT REPORT RE: ADR PROCESS**<br><br>Complaint Filed: December 31, 2024 |

*CALLAHAN & BLAINE*
*A PROFESSIONAL CORPORATION*
*ATTORNEYS AT LAW*
*3 HUTTON CENTRE DRIVE, NINTH FLOOR*
*SANTA ANA, CALIFORNIA 92707*
*TELEPHONE: (714) 241-4444*
*FAX: (714) 241-4445*

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

Pursuant to the April 9, 2026 Case Management and Trial-Setting Order ("Case Management Order"), EVOX Productions LLC ("EVOX" or "Plaintiff") and The Leland Stanford Junior University ("Stanford" or "Defendant") submit their Joint Report Re: ADR Process as follows:

The Parties have agreed to private mediation before the following mediator:

> Gail Migdal Title, Esq.
> ADR Services, Inc.
> 1900 Avenue of the Stars, Suite 200
> Los Angeles, California 90067

The Parties have advised Ms. Title of their election, and intend to complete mediation on or before October 30, 2026 pursuant to the Case Management Order.

DATE:  April 23, 2026                    **CALLAHAN & BLAINE, PC**

By: _____

Michael Sachs
Jason Casero
Attorneys for Plaintiff EVOX PRODUCTIONS LLC

- 1 -
JOINT REPORT RE: ADR PROCESS
CASE NO. 5:24-cv-09521-NW

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

DATE:  April 23, 2026

**KILPATRICK TOWNSEND & STOCKTON LLP**

By*: /s/ Briggs M. Wright*

Joseph Petersen (Bar No. 304597)
1302 El Camino Real, Suite 175
Menlo Park, CA  94025
Telephone:  (650) 614-6427
Jpetersen@ktslaw.com

-and-

Kollin J. Zimmerman
(Bar No. 273092)
1801 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 248-3830

-and-

Sara K. Stadler
(Appearance *Pro Hac Vice*)
Briggs M. Wright
(Appearance *Pro Hac Vice*)
3 Times Square
New York, NY  10036
Telephone:  (212) 775-8700
sstadler@ktslaw.com
briggs.wright@ktslaw.com

Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY

- 2 -

JOINT REPORT RE: ADR PROCESS
CASE NO. 5:24-cv-09521-NW

**ATTESTATION**

I, Jason Casero, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATE:  April 23, 2026                    **CALLAHAN & BLAINE, PC**


By:  _____
     Michael Sachs
     Jason Casero
     Attorneys for Plaintiff EVOX PRODUCTIONS
     LLC

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

On **April 23, 2026**, I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 23, 2026**, at Irvine, California.

_____
Maria Martinez

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

- 1 -