**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (SBN 304597)
*jpetersen@ktslaw.com*
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone: (650) 614-6427
Facsimile: (650) 644-0570

Kollin J. Zimmermann (SBN 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Sara K. Stadler (admitted *pro hac vice*)
*sstadler@ktslaw.com*
Briggs M. Wright (admitted *pro hac vice*)
*briggs.wright@ktslaw.com*
3 Times Square
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1–10,<br><br>*Defendants*. | Case No. 5:24-cv-09521-NW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING AND RESETTING CASE SCHEDULE AND ~~[PROPOSED]~~ ORDER** |

**STIPULATION**

Pursuant to N.D. Cal. Civil L. R. 6-1(b) and 6-2, Plaintiff EVOX Productions LLC ("Plaintiff") and Defendant the Leland Stanford Junior University ("Stanford") (collectively, the "Parties"), hereby stipulate to request an order extending and resetting the case schedule deadlines set forth in the Court's Case Management Order. In support of this stipulated request, and for the reasons set forth below, the Parties respectfully submit that good cause exists to modify the case schedule as described herein.

**RECITALS**

WHEREAS, this action was filed on December 31, 2024 (Dkt. No. 1);

WHEREAS, Plaintiff filed the operative Second Amended Complaint on November 19, 2025 (Dkt. No. 67), Defendant filed a Motion to Dismiss (Dkt. No. 68), and the Court granted that motion in part on March 3, 2026 (Dkt. No. 74), after which Defendant filed its Answer on March 31, 2026 (Dkt. No. 77);

WHEREAS, on April 9, 2026, the Court entered a Case Management and Trial Setting Order setting forth the current case schedule (Dkt. No. 78).

WHEREAS, since the entry of the Case Management and Trial Setting Order (Dkt. No. 78), the Parties have diligently pursued discovery, including the exchange of written discovery requests and responses, and have engaged in ongoing document productions;

WHEREAS, the Parties' respective document productions have involved a substantial volume of documents, and significant additional time is needed for the Parties to complete their review of the produced documents before the Parties can effectively and efficiently proceed with Rule 30(b)(6) depositions and other fact depositions;

WHEREAS, the volume and complexity of the documents produced to date and to be produced will also require additional time for the Parties to conduct any necessary follow-up discovery arising from the document review and depositions;

WHEREAS, despite the Parties' diligent efforts, the current case schedule does not provide sufficient time for the Parties to complete the remaining fact discovery in a thorough and meaningful manner, and an extension of sixty (60) days for all remaining case deadlines (other than the deadline to complete ADR) is necessary to allow the Parties to complete discovery without prejudice to either side;

WHEREAS, the Parties have conferred and jointly agree that good cause exists for the requested extension because: (1) the Parties have been diligent in pursuing and responding to discovery; (2) the volume of documents produced, to be produced, and yet to be reviewed is substantial; (3) the current deadlines cannot reasonably be met despite the Parties' diligence; and (4) the requested extension will promote the just and efficient resolution of this action;

WHEREAS, this is the Parties' first request to modify the case management schedule set by the Court's Case Management and Trial Setting Order (Dkt. No. 78), and the Parties do not anticipate that the requested sixty-day extension will prejudice either Party or otherwise affect the Court's ability to manage this case efficiently;

WHEREAS, pursuant to Civil Local Rule 6-2, a declaration setting forth the basis for the Parties' agreement, any previous extensions requested, and the effect of the requested extension on the case schedule accompanies this stipulation; and

**NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and agree that the following revisions should be made to the case schedule.

| Event | Current Deadline | Stipulated Deadline |
| --- | --- | --- |
| Deadline to Complete ADR | October 30, 2026 | October 30, 2026 |
| Close of Fact Discovery | September 18, 2026 | October 18, 2026 ~~November 17, 2026~~ |

| | | |
|---|---|---|
| Opening Expert Reports | October 16, 2026 | December 15, 2026 |
| Rebuttal Expert Reports | November 13, 2026 | January 12, 2027 |
| Close of Expert Discovery | December 4, 2026 | February 2, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: December 18, 2026<br>**Responses**: January 08, 2027<br>**Replies**: January 15, 2027 | **Motions:** February 16, 2027<br>**Responses:** March 9, 2027<br>**Replies:** March 16, 2027 |
| Hearing on Dispositive and *Daubert* Motions | February 17, 2027 at 9:00 a.m. | April 19, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | March 31, 2027 | May 31, 2027 |
| Final Pretrial Conference | April 14, 2027 at 2:00 p.m. | June 14, 2027 at 2:00 p.m. |
| Trial | May 3, 2027 at 9:00 a.m. | July 2, 2027 at 9:00 a.m. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 11, 2026

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Joseph Petersen*
Joseph Petersen

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

DATED: September 11, 2026

Respectfully submitted,

CALLAHAN & BLAINE, APLC

By: */s/ Jason Casero*
Jason Casero

Counsel for Plaintiff EVOX Productions LLC

## ATTESTATION CLAUSE REGARDING SIGNATURES

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3) regarding signatures, I, Joseph Petersen, attest that concurrence in the filing of this document has been obtained from the other signatories, as indicated by a "confirmed" signature (/s/) within the e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2026.

By: */s/ Joseph Petersen*
Joseph Petersen

## ~~[PROPOSED]~~ ORDER

Having considered the Parties' stipulation, the Court **ORDERS** that the parties' deadline for the close of fact discovery is extended by 30 days to October 18, 2026.

The remainder of the stipulation is DENIED without prejudice; all other deadlines and dates remain as set.

DATED: September 15, 2026

HON. NOËL WISE
United States District Judge