**CALLAHAN & BLAINE, PC**
Michael J. Sachs (SBN 134468)
MJS@callahan-law.com
Jason Casero (SBN 263933)
jcasero@callahan-law.com
19900 MacArthur Blvd., Suite 1200
Irvine, CA 92612
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Plaintiff EVOX PRODUCTIONS LLC

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

EVOX PRODUCTIONS LLC, a Delaware limited liability company,

Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1-10,

Defendants.

CASE NO. 5:24-CV-09521-NW

*Assigned to Hon. Noël Wise*
*Courtroom 3*

**JOINT CASE MANAGEMENT STATEMENT**

Date: October 13, 2026
Time: 9:00 AM
Ctrm: 3
Judge: Hon. Noël Wise

Complaint Filed: December 31, 2024

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

Pursuant to Northern District of California L.R. 16-9 and the Standing Order for All Civil Cases Before District Judge Noël Wise, EVOX Productions LLC ("EVOX" or "Plaintiff") and The Leland Stanford Junior University ("Stanford" or "Defendant") submit their Joint Case Management Statement as follows:

## I. JURISDICTION AND SERVICE

### A. EVOX's Statement

On January 21, 2025, EVOX voluntarily dismissed its claims against defendant University of Michigan. (ECF No. 20.) On July 23, 2025, this Court dismissed EVOX's claims against defendant William March Rice University and defendant Baylor College of Medicine for lack of personal jurisdiction. (ECF No. 55.) On March 3, 2026, this Court dismissed EVOX's claim for contributory copyright infringement without leave to amend. (ECF No. 74.)

EVOX believes that this Court has subject matter jurisdiction over its claim for direct copyright infringement against Stanford pursuant to 17 U.S.C. Section 501, *et seq*., and 28 U.S.C. Sections 1331 and 1338(a). EVOX also believes that the alleged facts allow this Court to exercise personal jurisdiction over Stanford.

### B. Stanford's Statement

Stanford does not dispute that this Court has personal jurisdiction over Stanford and subject matter jurisdiction over EVOX's claims.

## II. FACTS

### A. EVOX's Statement

EVOX is a leading provider of automobile images. It protects its images with copyright registration, and licenses them to a variety of entities in the automobile industry. In or around September 2020, EVOX discovered that a consortium led by representatives of Stanford reproduced, distributed, and publicly displayed EVOX's copyrighted images without license or authorization by making them available to the public at large from Stanford's computer servers. Representatives of Stanford had initially gathered the images from publicly available sources without first seeking a license or authorization. EVOX alleges that this conduct constitutes direct copyright infringement.

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

**B. Stanford's Statement**

EVOX's claims relate to a seminal research project in deep learning computing vision. The research is described at length in a 2017 paper entitled *Using Deep Learning and Google Street View to Estimate the Demographic Makeup of Neighborhoods Across the United States* (the "2017 Academic Paper"). The 2017 Academic Paper was published in the December 12, 2017, issue of Proceedings of the National Academy of Sciences of the United States of America, a preeminent peer-reviewed scientific journal.

As described in the 2017 Academic Paper, a team of computer science researchers developed a computer model that learned to distinguish automobiles from other objects, and that ultimately was trained to detect and identify specific types of automobiles in Google Street View images of public streets. There are seven named authors of the 2017 Academic Paper; at the time of its publication, five of those authors were associated with Stanford University, one with the University of Michigan, and one with both Baylor College of Medicine and Rice University.

In accordance with customary academic processes, Stanford also provided access to the data underlying the research for purposes of enabling peer review of the study's findings. EVOX claims that its allegedly copyrighted images were included in the images used to develop the computer model and were included in the dataset made available by Stanford for purposes of peer review. The data was made available subject to the terms and conditions on Stanford's website, which controlled access by expressly limiting use to that for academic purposes.

Stanford denies that these facts give rise to liability for direct or contributory copyright infringement.

**III. LEGAL ISSUES**

**A. EVOX's Statement**

EVOX states a claim for direct copyright infringement if it alleges (1) that it owns "the allegedly infringed material," and (2) "that the alleged infringers violat[ed] at least one exclusive right granted to copyright holders under 17 U.S.C. § 106." *A&M Recs., Inc. v. Napster, Inc.*, 239 F.3d 1004, 1013 (9th Cir. 2001), as amended (Apr. 3, 2001), aff'd sub nom. EVOX intends to prove that it owns the copyrights at issue, and that Defendants' conduct violates the exclusive

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

rights conferred upon it as a copyright holder pursuant to Section 106 of the Copyright Act. 17 U.S.C. § 106.

**B. Stanford's Statement**

EVOX's claims fail because the alleged uses of EVOX's images are quintessential fair uses under 17 U.S.C. § 107. Additionally, EVOX's contributory infringement claim under a material contribution theory fails because EVOX cannot show that Stanford materially contributed to others' alleged violation of EVOX's copyrights, *see Perfect 10, Inc. v. Giganews, Inc.*, 847 F.3d 657, 670 (9th Cir. 2017).

## IV. MOTIONS

**A. EVOX's Statement**

This Court dismissed EVOX's claims against defendants William March Rice University and Baylor College of Medicine for lack of personal jurisdiction, without leave to amend. (ECF No. 55.) After a series of motions to dismiss and subsequent amendments, this Court also dismissed EVOX's claim for contributory copyright infringement against Stanford. (ECF No. 74.)

**B. Stanford's Statement**

Stanford anticipates moving for summary judgment on all of EVOX's claims.

## V. AMENDMENT OF PLEADINGS

**A. EVOX's Statement**

EVOX does not currently anticipate the need to further amend its complaint.

**B. Stanford's Statement**

Stanford does not currently anticipate any amendments to pleadings.

## VI. EVIDENCE PRESERVATION

**A. EVOX's Statement**

EVOX certifies that its counsel has reviewed the ESI Guidelines, and the parties have met and conferred pursuant to Fed. R. Civ. P. ("FRCP") 26(f) regarding reasonable and proportionate steps necessary to preserve evidence.

**B. Stanford's Statement**

Stanford certifies that its counsel has reviewed the ESI Guidelines, and the parties have

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

met and conferred pursuant to FRCP 26(f) regarding reasonable and proportionate steps necessary to preserve evidence.

## VII. DISCLOSURES

### A. EVOX's Statement

The parties exchanged their initial disclosures.

### B. Stanford's Statement

Stanford agrees with EVOX's statement.

## VIII. DISCOVERY

### A. EVOX's Statement

The parties have cooperated in their respective discovery efforts. Both sides have responded to written discovery requests, and have produced documents responsive to those requests.

EVOX has taken the deposition of Stanford pursuant to FRCP 30(b)(6), and is currently coordinating the deposition of a witness identified in Stanford's initial disclosures.

Stanford has noticed the deposition of EVOX pursuant to FRCP 30(b)(6) and another witness identified in EVOX's initial disclosures, and the parties are currently coordinating scheduling.

The parties have not discussed a stipulated e-discovery order or proposed discovery plan, and it does not appear that either will be required. To date, the parties have effectively met and conferred regarding potential discovery disputes without the need for intervention from the magistrate.

### B. Stanford's Statement

Stanford agrees with EVOX's statement. Stanford further states that it first received materials from EVOX required for Stanford's expert to prepare an opening expert report on September 18, 2026, less than one month before the deadline for opening expert reports under the current case schedule. Stanford accordingly anticipates requiring an additional 30 days for purposes of completing opening expert reports in light of the timing of the production and the time needed to review the relevant documentation.

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

**IX. CLASS ACTIONS**

Not Applicable.

**X. RELATED CASES**

There are no related cases.

**XI. RELIEF**

**A. EVOX's Statement**

EVOX seeks to recover damages against Stanford pursuant to 17 U.S.C. § 504. At any time before final judgment is rendered, EVOX may elect to seek actual damages and profits pursuant to 17 U.S.C. § 504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

Section 504(c)(1) provides that EVOX may recover statutory damages in a range of $750 to $30,000 per infringement, in an amount that is ultimately determined to be just. EVOX has alleged that Stanford infringed no less than 8,100 of EVOX's copyrighted images. Thus, the minimum statutory damages recoverable are $6,075,000 (*i.e.*, 8,100 x $750). If the infringement is proven to be willful, statutory damages may be increased up to $150,000 per infringement.

**B. Stanford's Statement**

Stanford denies that EVOX has any entitlement to relief and Stanford intends to seek recovery of its attorneys' fees and costs in accordance with 17 U.S.C. § 505. If liability were established, Stanford submits that the damages to which EVOX would be entitled are to be remitted entirely pursuant to 17 U.S.C. § 504(c)(2). Even were statutory damages not remitted, EVOX would be entitled only to the minimum amount available, given the lack of any cognizable harm to the relevant market for EVOX's images and the lack of any willful infringement by Stanford.

**XII. SETTLEMENT AND ADR**

**A. EVOX's Statement**

The parties engaged in extensive settlement communications prior to the filing of the complaint. EVOX and Stanford participated in an in-person mediation session with Gail Migdal (ADR Services, Century City, CA) on April 25, 2024. The parties have been unable to reach a resolution.

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

The Court has set a deadline to complete additional ADR by October 30, 2026. The parties are scheduled to conduct an additional mediation session with Ms. Migdal on October 21, 2026.

**B. <u>Stanford's Statement</u>**

Stanford agrees with EVOX's statement.

## XIII. <u>OTHER REFERENCES</u>

On April 7, 2025, the parties filed their Joint Notice of Parties' Declination to Magistrate Judge. (ECF No. 52.)

## XIV. <u>NARROWING OF ISSUES</u>

**A. <u>EVOX's Statement</u>**

EVOX believes that this is a straightforward instance of copyright infringement, and that the facts it needs to establish in order to prevail are already limited; however, EVOX suggests that the presentation of evidence at trial can be expedited if the parties stipulate to EVOX's ownership of the copyright registrations at issue.

**B. <u>Stanford's Statement</u>**

Stanford anticipates moving for summary judgment on all of EVOX's claims, which Stanford submits would obviate the need for trial entirely. If not, Stanford will work with EVOX's counsel on appropriate stipulations as to EVOX's alleged ownership of copyright in the images at issue.

## XV. <u>SCHEDULING</u>

This Court issued its Case Management and Trial-Setting Order on April 9, 2026. (ECF No. 78.) On September 15, 2026, this Court amended that schedule by extending the close of fact discovery to October 18, 2026. (ECF No. 86.) All other dates remain the same. (*Id.*)

The Parties respectfully submit the following proposed revisions to the schedule to accommodate additional time required for completion of expert reports for the reasons set forth in VIII(B) above.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Complete ADR | October 30, 2026 | October 30, 2026 |
| Close of Fact Discovery | October 18, 2026 | October 18, 2026 |
| Opening Expert Reports | October 16, 2026 | November 16, 2026 |
| Rebuttal Expert Reports | November 13, 2026 | December 14, 2026 |
| Close of Expert Discovery | December 4, 2026 | January 3, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: December 18, 2026<br>**Responses**: January 08, 2027<br>**Replies**: January 15, 2027 | **Motions**: January 18, 2026<br>**Responses**: February 8, 2027<br>**Replies**: February 15, 2027 |
| Hearing on Dispositive and *Daubert* Motions | February 17, 2027 at 9:00 a.m. | March 17, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | March 31, 2027 | April 28, 2027 |
| Final Pretrial Conference | April 14, 2027 at 2:00 p.m. | May 12, 2027 at 2:00 p.m. |
| Trial | May 3, 2027 at 9:00 a.m. | May 31, 2027 at 9:00 a.m. |

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

## XVI. TRIAL

### A. EVOX's Statement

EVOX has demanded a trial by jury, and anticipates that it can be completed in five (5) trial days.

### B. Stanford's Statement

Stanford acknowledges EVOX's jury demand, and while it does not anticipate the need for trial in this action, if the action does proceed to trial, Stanford believes it can be concluded in five (5) trial days.

## XVII. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

### A. EVOX's Statement

EVOX has filed its Certification of Interested Entities or Persons. (ECF No. 3.) EVOX is not aware of any persons or entities that have (a) a financial interest in the subject matter in

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

controversy or in a party to the proceeding, or (b) any other kind of interest that could be substantially affected by the outcome of the proceeding (other than the parties themselves).

**B. <u>Stanford's Statement</u>**

Stanford has filed its Certification of Interested Entities or Persons. (ECF No. 27). Stanford certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

## XVIII. <u>PROFESSIONAL CONDUCT</u>

**A. <u>EVOX's Statement</u>**

Counsel for EVOX has reviewed the Guidelines for Professional Conduct for the Northern District of California.

**B. <u>Stanford's Statement</u>**

Counsel for Stanford has reviewed the Guidelines for Professional Conduct for the Northern District of California.

DATE: September 25, 2026

**CALLAHAN & BLAINE, PC**

By: */s/ Jason Casero*
Michael Sachs
Jason Casero
Attorneys for Plaintiff EVOX PRODUCTIONS LLC

DATE: September 25, 2026

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ Briggs M. Wright*

Joseph Petersen (Bar No. 304597)
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Telephone: (650) 614-6427
Jpetersen@ktslaw.com

-and-

Kollin J. Zimmerman
(Bar No. 273092)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 248-3830

-and-

Sara K. Stadler
(Appearance *Pro Hac Vice*)
Briggs M. Wright
(Appearance *Pro Hac Vice*)
3 Times Square
New York, NY 10036
Telephone: (212) 775-8700
sstadler@ktslaw.com
briggs.wright@ktslaw.com

Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
19900 MACARTHUR BLVD., SUITE 1200
IRVINE, CALIFORNIA 92612
TELEPHONE: (714) 241-4444
FAX: (714) 241-4445

**ATTESTATION**

I, Jason Casero, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATE: September 25, 2026

**CALLAHAN & BLAINE, PC**

By: */s/ Jason Casero*

Michael Sachs
Jason Casero
Attorneys for Plaintiff EVOX PRODUCTIONS LLC