**KILPATRICK TOWNSEND & STOCKTON LLP**
Joseph Petersen (SBN 304597)
*jpetersen@ktslaw.com*
1302 El Camino Real, Suite 175
Menlo Park, California 94025
Telephone: (650) 614-6427
Facsimile: (650) 644-0570

Kollin J. Zimmermann (SBN 273092)
*kzimmermann@ktslaw.com*
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Sara K. Stadler (admitted *pro hac vice*)
*sstadler@ktslaw.com*
Briggs M. Wright (admitted *pro hac vice*)
*briggs.wright@ktslaw.com*
3 Times Square
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVOX PRODUCTIONS LLC, a Delaware limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and DOES 1–10,<br><br>*Defendants*. | Case No. 5:24-cv-09521-NW<br><br>**STIPULATION AND ~~[PROPOSED~~ ORDER] REGARDING FILING OF DEFENDANT THE LELAND STANFORD JUNIOR UNIVERSITY'S FIRST AMENDED ANSWER** |

**STIPULATION**

WHEREAS, this action was filed on December 31, 2024 (Dkt. No. 1);

WHEREAS, Plaintiff EVOX Productions LLC ("Plaintiff") filed the operative Second Amended Complaint on November 19, 2025 (Dkt. No. 67), The Leland Stanford Junior University ("Defendant") filed a Motion to Dismiss (Dkt. No. 68), and the Court granted that motion in part on March 3, 2026 (Dkt. No. 74), after which Defendant filed its Answer on March 31, 2026 (Dkt. No. 77);

WHEREAS, Defendant contends that information recently disclosed in discovery provide grounds for the assertion of a statute of limitations affirmative defense pursuant to 17 U.S.C. § 507(b);

Plaintiff and Defendant, by and through their respective counsel, stipulate and agree that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant shall be permitted to file a First Amended Answer to assert a statute of limitations affirmative defense pursuant to 17 U.S.C. § 507(b). Defendant's proposed First Amended Answer is attached as **Exhibit 1**. A redlined version comparing the proposed First Amended Answer to the current operative Answer is attached as **Exhibit 2**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: October 8th, 2026

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Joseph Petersen*
Joseph Petersen

Counsel for Defendant The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University

DATED: October 8th, 2026

Respectfully submitted,

CALLAHAN & BLAINE, APLC

By: */s/ Jason Casero*
Jason Casero

Counsel for Plaintiff EVOX Productions LLC

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3) regarding signatures, I, Joseph Petersen, attest that concurrence in the filing of this document has been obtained from the other signatories, as indicated by a "confirmed" signature (/s/) within the e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8th, 2026.

By: */s/ Joseph Petersen*
Joseph Petersen

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' stipulation, ~~the Court **ORDERS** that Defendant may file its First Amended Answer to assert a statute of limitations affirmative defense pursuant to 17 U.S.C. § 507(b)~~. The Court accepts the First Amended Answer as file, ECF No. 89-1.

DATED: October 13, 2026



HON. NOËL WISE
United States District Judge